UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANCORA TECHNOLOGIES, INC.,**<br>　　　　Plaintiff,<br><br>　　v.<br><br>**APPLE INC.,**<br>　　　　Defendant. | Case No.  15-cv-03659-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

A compliance hearing regarding discovery issues shall be held on **Friday, October 16, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (1) a joint stipulation addressing the discovery issues discussed at the September 29, 2015 hearing; or (2) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: Qevqdgt"3. 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**