UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANCORA TECHNOLOGIES, INC.**,

    Plaintiff,

    v.

**APPLE INC.**,

    Defendant.

Case No. 15-cv-03659-YGR

**ORDER RE: PROPOSED PROTECTIVE ORDER**

Re: Dkt. No. 29

    The parties jointly submitted a proposed protective order. (Dkt. No. 29.) Having reviewed the proposed order, the Court **ORDERS** the parties to submit a revised proposed protective order by **November 2, 2015** that conforms to the Court's applicable rules and standing orders (e.g., for sealing procedures and discovery letter briefs). The parties may alternatively submit the District's Model Protective Order, which the Court will modify to address its letter brief procedure.

    **IT IS SO ORDERED.**

Dated: October 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**