# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant.<br>_____<br>APPLE, INC.<br><br>    Counterclaimant,<br><br>v.<br><br>ANCORA TECHNOLOGIES, INC.<br><br>    Counterdefendant. | Case No. 15-cv-03659-YGR<br><br><br><br><br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL** |

On April 19, 2016, Plaintiff ANCORA TECHNOLOGIES, INC. and Defendant APPLE INC. announced to the Court that they have settled their respective claims for relief asserted in this cause.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by ANCORA TECHNOLOGIES, INC. herein are dismissed, with prejudice, and all counterclaims for relief against ANCORA TECHNOLOGIES, INC. by APPLE INC. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

Signed this  21st  day of April, 2016.

_____
Yvonne Gonzalez Rogers
U.S. District Court Judge